AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Simpson, Charles, R. | KyWD | 5-2-2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination. Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 1-1-09 to 12-31-09 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 601 W. Broadway #247<br>Louisville, KY 40202 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2 | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simpson, Charles, R. | 5-2-2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12-22 | JURY DUTY-STATE COURT | 40.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children: see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Councils | 2-16/2-17 | Washington DC | LIB. OF CONGRESS MEETING | TRANSPORT, LODGING, MEALS |
| 2. | Management Sciences for Development, WC USAID AND | 3-19/22 | San Francisco | SEMINAR ON MEXICO | TRANSPORT, LODGING, MEALS |
| 3. | Fed Judges Assn | 5-2/5-4 | Washington DC | BOARD MEETING | TRANSPORT, LODGING, MEALS |
| 4. | Fed Judges Assn | 5-13 | Washington DC | SPEECH Seminar | MEALS, LODGING |
| 5. | US-Russia Foundation Russian Council of Judges | 5-16/5-25 | Moscow, Russia | MEETINGS, SPEECH | TRANSPORT, LODGING, MEALS |
| 6. | World Bank | 11-1/11-5 | Istanbul, Turkey | MEETINGS-INT'L COURT ADMINISTRATION ASSN. | TRANSPORT, LODGING, MEALS |
| 7. | World Bank | 11-7/11-9 | Bucharest, Romania | MEETINGS ON JUSTICE REFORM | TRANSPORT, LODGING, MEAL |
| 8. | World Bank | 11-11/11-15 | Vienna, Aust. | WORLD JUSTICE FORUM | TRANSPORT, LODGING, MEA |
| 9. | World Bank | 11-15/11-17 | Prague, Czech Republic | OBSERVE TRAINING FACILITY | TRANSPORT, LODGING, MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| Simpson, Charles, R. | 5-2-2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simpson, Charles, R. | I-2-2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. GE Common | A | DIV | Q J | T | | | | | |
| 2. Allianz Funds Multi Manager Series NFJ Divid Value Fund Class | A | DIV | K | T | | | | | |
| 3. Calamos Investment Trust NFJ Growth Fund Class C | A | DIV | K | T | | | | | |
| 4. Davis N.Y. Venture Fund Inc Class C | A | DIV | K | T | | | | | |
| 5. Euro Pacific Growth Fund Class C | A | DIV | K | T | | | | | |
| 6. Growth Fund of America Inc. Class C | A | DIV | K | T | | | | | |
| 7. Royce Funds Total Return Fund Consultant Class | A | DIV | K | T | | | | | |
| 8. Thornburg Inv. Trust Intl Value Fund Class C | A | DIV | JL | T | | | | | |
| 9. Blackrock Muni Money Market Williams Yrs Class | A | DIV | K | T | Partial Sell | 3/2 | J | A | |
| 10. '' | | | | | Partial Buy | 4/15 | J | | |
| 11. Louisville Fed. Credit Union | B | INT | K | T | | | | | |
| 12. Ky Telco Fed Credit Union | B | INT | L | T | | | | | |
| 13. OV/REF Intermediate Govt. Bond Series | C | DIV | L | T | | | | | |
| 14. US Bank CD | B | INT | L | T | | | | | |
| 15. MM Bonds | B | INT | K | T | | | | | |
| 16. E Bonds | C | INT | | | IA Sell | 5/1 | J | C | |
| | | | | | Sell All | 6/1 | K | E | |
| 17. Stockyards Bank Checking | A | INT | J | T | | | | | |

| 1. Income Gain Codes | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simpson, Cirrus R. | 5-2-2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1 Stockyards Bank Co | A | int | K | T | | | | | |
| 2 Dupree Ky Tax Free Income Series | B | Div | M | T | | | | | |
| 3 | | | | | | | | | |
| 4 Churchill Downs Com | A | Div | J | T | | | | | |
| 5 Johnson Outdoors | A | Div | J | T | | | | | |
| 6 Vanguard Adm. Treas MM Fund | A | Div | K | T | | | | | |
| 7 Vanguard Adm Short-Term Treas Fund | C | Div | M | T | | | | | |
| 8 Vanguard Total Stk Mkt Idx Fund | A | Div | K | T | | | | | |
| 9. | | | | | | | | | |
| 10 Casum Mare Ret. Grp Com | A | Div | J | T | | | | | |
| 11 Churchill Downs. Com | A | Div | J | T | | | | | |
| 12 Cross Com. | A | Div | J | T | | | | | |
| 13 Glimcher Realty Trust Com | A | Div | J | T | | | | | |
| 14 Johnson Outdoors Com | A | Div | J | T | | | | | |
| 15 Usons Com. | B | Div | L | T | | | | | |
| 16 Vanguard Adm Treas MM | A | Div | K | T | | | | | |
| 17 Vanguard Prime Money Market Fund | A | Div | J | T | Buy | 3/31 | J | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simpson, Charles R | 5-2-2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. VANGUARD SHORT TERM TREASURY FUND | B | Div | L | T | | | | | |
| 2. VANGUARD TOTAL STOCK MARKET IDX FUND | A | Div | K | T | | | | | |
| 3. | | | | | | | | | |
| 4. CHURCHILL DOWNS COM | A | Div | J | T | | | | | |
| 5. HEMLSOVER Q COM | A | Div | J | T | | | | | |
| 6. NATIONAL HEALTH INVESTORS COM | A | Div | J | 7 | | | | | |
| 7. PENN REIT COM | A | Div | J | T | | | | | |
| 8. USMAS COM | B | Div | K | T | | | | | |
| 9. VANGUARD ADMIRAL TREAS MM FUND | B | Div | O | T | | | | | |
| 10. " " | | | | | Sell P.n7 | 2-3 | K | A | |
| 11. " " | | | | | Sell P.n7 | 3-5 | J | A | |
| 12. " " | | | | | Sell P.n7 | 4-7 | J | A | |
| 13. " " | | | | | Sell P.n7 | 4-27 | J | A | |
| 14. " " | | | | | Sell P.n7 | 10-29 | J | A | |
| 15. | | | | | | | | | |
| 16. VANGUARD TAX-EXEMPT MM FUND | A | Div | J | T | | | | | |
| 17. VANGUARD ADMIRAL TAX-MANAGED CAPITAL APPRECIATION | C | Div | M | T | | | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | F =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simpson, Curtis, L | 5-2-2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Vanguard Tax-Managed International Fund | B | Div | L | T | | | | | |
| 2. Vanguard Tax-Managed Small-Cap Fund | A | Div | K | T | | | | | |
| 3. | | | | | | | | | |
| 4. FPL Group Com | A | Div | J | T | | | | | |
| 5. GE Com | A | Div | J | T | | | | | |
| 6. Dreyfus Strategic Municipal Com | A | Div | J | T | | | | | |
| 7. Vanguard Admiral Treas. M.M. Fund | A | Div | J | T | Buy | 7/10 | J | | |
| 8. Vanguard Treasury MM Fund | A | Div | | | Sell | 7/10 | J | | |
| 9. Vanguard Tax-Exempt MM Fund | A | Div | J | T | Buy | 3/31 | J | | |
| 10. Vanguard Tax-Managed Cal. Apprec. Fund | A | Div | K | T | | | | | |
| 11. Vanguard Tax-Managed Premium Fund | A | Div | J | T | | | | | |
| 12. Vanguard Tax-Managed Small-Cap Fund | A | Div | J | T | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simpson, Cramer R. | 5 - 2-2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Simpson, Carole, R | 5-2-2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sign

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544